NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY RETAIL SERVICES, LLC, AND FIRST QUALITY CONSUMER PRODUCTS, LLC, *Petitioners.*

---

Miscellaneous Docket No. 102

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Wisconsin in consolidated case nos. 09-CV-0916 and 10-CV-1118, Judge William C. Griesbach.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

Before PROST, *Circuit Judge.*

### ORDER

First Quality Baby Products, LLC et al. submit a petition for a writ of mandamus to compel the United States District Court for the Eastern District of Wisconsin to vacate its orders directing the production of documents that First Quality asserts are privileged. First Quality also moves for leave to submit documents for in camera review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Kimberly Clark World Wide, Inc. and Kimberly Clark Global Sales, LLC are directed to respond to the petition no later than October 18, 2011.

(2) The motion for leave to file the documents for in camera review is granted.

FOR THE COURT

**OCT 0 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Kenneth P. George, Esq.
Marc. S. Cooperman, Esq.

s8

**FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

**OCT 0 7 2011**

**JAN HORBALY
CLERK**